

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00054-CR

**LORENZO EASTERLY WILLIAMS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court
Madison County, Texas
Trial Court No. CR18047**

## ABATEMENT ORDER

The Court, *sua sponte*, considers the status of this case. Appellant Lorenzo Easterly Williams has filed this appeal *pro se*. Williams' appellate brief was due on or before April 29, 2019. When no brief was filed, Williams was notified by letter dated June 7, 2019 that his brief was due. Williams was directed to file a brief or satisfactory response with the Court within fourteen (14) days from the date of the letter. Williams was also notified that lack of response on his part would result in an abatement of the appeal in order to

allow the trial court to conduct a hearing pursuant to TEXAS. R. APP. P. 38.8(b)(2) & (3). Williams has not filed a brief nor otherwise responded to the June 7th correspondence.

It is therefore ordered that this matter is abated for fourteen (14) days from the date of this Order to enable the trial court to conduct a hearing to determine whether Williams desires to prosecute his appeal and to make appropriate findings and recommendations. The reporter's record shall be filed with this Court on or before seven (7) days after the conclusion of the hearing.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Order abating case
Order issued and filed July 17, 2019
RWR

